**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _Delaware_____
                              (State)

Case number _(If known):_ _____ Chapter _7_

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, _Instructions for Bankruptcy Forms for Non-Individuals,_ is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | Innovate Labs LLC | |

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and _doing business as_ names

3. **Debtor's federal Employer Identification Number (EIN)**

4 7 - 4 6 0 6 8 5 7

4. **Debtor's address**

**Principal place of business**

4845 Pearl East Circle
Number    Street

Suite 118 PBM 318052

Boulder          CO     80301
City             State  ZIP Code

Boulder County
County

**Mailing address, if different from principal place of business**

Number          Street

P.O. Box

City                State  ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City                State  ZIP Code

5. **Debtor's website (URL)**   getlantern.org

Debtor   <u>Innovate Labs LLC</u>                                   Case number *(if known)* _____
     Name

---

**6. Type of debtor**

  ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

  ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

  ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

  ☐ Railroad (as defined in 11 U.S.C. § 101(44))

  ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

  ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

  ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

  ☒ None of the above

B. *Check all that apply:*

  ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

  ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

  ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

  <u>5</u>  <u>1</u>  <u>3</u>  <u>2</u>

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

  ☒ Chapter 7

  ☐ Chapter 9

  ☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

  ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

  ☒ No

  ☐ Yes. District _____ When _____ Case number _____
                           MM / DD / YYYY

         District _____ When _____ Case number _____
                           MM / DD / YYYY

---

Debtor   Innovate Labs LLC _____   Case number *(if known)* _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____

Case number, if known _____   MM / DD / YYYY

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____
City                          State            ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,000-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Innovate Labs LLC
_____    Case number *(if known)* _____
          Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/08/2024
              MM / DD / YYYY

X  /s/ Adam Fisk                                    Adam Fisk
   Signature of authorized representative of debtor    Printed name

Title  CEO and Director

**18. Signature of attorney**

X  /s/ Joseph C. Barsalona II        Date   10/8/2024
   Signature of attorney for debtor          MM / DD / YYYY

Joseph C. Barsalona II
Printed name
Pashman Stein Walder Hayden P.C.
Firm name
824 North Market Street, Suite 800
Number          Street
Wilmington                          DE        19801
City                                State     ZIP Code

302-592-6496                        jbarsalona@pashmanstein.com
Contact phone                       Email address

6102                                DE
Bar number                          State

**UNANIMOUS WRITTEN CONSENT OF THE**
**BOARD OF MANAGERS OF**
**INNOVATE LABS, LLC**

**October 7, 2024**

The undersigned, being all of the members of the board of managers (the "Board") of Innovate Labs LLC, a Delaware limited liability company ("Company"), hereby take, pursuant to the Delaware Limited Liability Company Act and in accordance with Second Amended and Restated Limited Liability Company Agreement of Company, dated January 31, 2020 (the "LLC Agreement"), the following actions and adopt the following resolutions by written consent in lieu of a meeting of the Board, with the same force and effect as if taken at a meeting of the Board:

**WHEREAS**, Section 6.1(c) of the LLC Agreement provides that the Board has the ultimate power and authority to manage the business and affairs of the Company; and

**WHEREAS**, Section 6.3(c) of the LLC Agreement provides that the Board may act by unanimous written consent; and

**WHEREAS**, the Board has reviewed and considered, among other things, the financial condition of the Company on the date hereof; and

**WHEREAS**, the Board acknowledges that the financial condition of the Company is dire due to the diminishing financial prospects of the Company and other pending litigation; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy case under the provisions of chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board has the authority to authorize a bankruptcy filing under chapter 7 of the Bankruptcy Code for the Company,

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to the Company, the Board has determined that it is desirable and in the best interests of the Company, its stockholders, creditors, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and be it

**FURTHER RESOLVED**, that the undersigned and any duly appointed officer of the Company (each, an "Authorized Person"), acting individually or jointly, is hereby authorized, empowered, and directed, with full power of delegation, to negotiate, execute, verify, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, plans, and other documents (collectively, the "Chapter 7 Filings") (with such changes therein and additions thereto as any such Authorized Person may

1

deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 7 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that any Authorized Person, in each case, acting individually or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 7 case (the "Chapter 7 Case") or the Chapter 7 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 7 Case with a view to the successful prosecution of the Chapter 7 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the retention of the law firm of Pashman Stein Walder Hayden, P.C. ("Pashman Stein"), to represent the Company as bankruptcy counsel on the terms set forth in its engagement letter with the Company and to represent and assist the Company in preparing and filing the Petition, the Chapter 7 Filings, and related forms, schedules, lists, statements and other papers or documents is hereby approved, adopted, ratified and confirmed in all respects; and it be

**FURTHER RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects adopted, confirmed, approved, and ratified.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of managers of Innovate Labs, LLC, having adopted the foregoing resolutions as of the date first set forth above.

**BOARD OF MANAGERS OF INNOVATE LABS, LLC:**

_____

Adam Fisk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In re:

Innovate Labs LLC.

              Debtor.[1]

Chapter 7

Case No. 24-_____  (__)

## CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS

      Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are equity holders, other than governmental units, that directly or indirectly own 10% of more of any class of the Debtor's equity interests:

| Name and last known address or place of business of holder | Percentage of Ownership |
|---|---|
| Adam Fisk <br> ███████████████ | 47.67% |
| Niall Donnelly <br> ███████████████ | 47.67% |

---

[1]     The last four digits of the Debtor's federal tax identification number are 6857.  The Debtor's mailing 4845 Pearl East Circle, Suite 118, PBM 318052, Boulder, CO 80301.

**Fill in this information to identify the case and this filing:**

Debtor Name __Innovate Labs LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
State)

Case number *(if known)*: _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration    Corporate Ownership Statement _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/8/2024__      ✗ /s/ Adam Fisk _____
MM / DD / YYYY        Signature of individual signing on behalf of debtor

Adam Fisk _____
Printed name

CEO and Director _____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Innovate Labs LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                                      (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ...............................................................

        $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* .............................................................

        $ _1,276,277.32_

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...............................................................

        $ _1,276,277.32_

---

**Part 2:**  **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................

    $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ....................................

        $ _____ 4,510.30

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................

        **+** $ UNDETERMINED

---

4. **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b

    $ UNDETERMINED

---

**Fill in this information to identify the case:**

Debtor name  Innovate Labs LLC

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand:**    $    5,546.31

3. **Checking, savings, money market, or financial brokerage accounts** (*Identify all*)

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Chase Bank | Checking | 7386 | $    120,965.04 |
| 3.2. | | | $ |

4. **Other cash equivalents** (*Identify all*)

   4.1. Crypto currency in Bitmart accounts    $    24,601.71
   4.2. PayPal    $    0.00

5. **Total of Part 1**    $    151,113.06
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

| Debtor | Innovate Labs LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. D&O Insurance, Mellennia, LLC       $   5,632.34

8.2. Traveler's Insurance for EPLI       $   1,114.68

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.     $   6,747.02

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

                       **Current value of debtor's interest**

11. **Accounts receivable (see Addendum A)**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $61,283.05 <br> face amount | — $33,497.06 <br> doubtful or uncollectible accounts | = ......➔   $ 27,785.99 |
| 11b. Over 90 days old: | $13,545.98 <br> face amount | — $13,545.98 <br> doubtful or uncollectible accounts | = ......➔   $ 0.00 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     $   27,785.99

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

           **Valuation method used for current value**       **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____     _____     $ _____

14.2. _____     _____     $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____     _____     $ _____

16.2. _____     _____     $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.     $ _____

---

| Debtor | Innovate Labs LLC | | Case number (*if known*) | |
|--------|-------------------|--|-------------------------|--|
| | Name | | | |

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $ _____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $ _____ | | $ _____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | | $ _____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $ _____ | | $ _____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | | $ _____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

Debtor   Innovate Labs LLC _____   Case number (*if known*) _____
                Name

33. **Total of Part 6.**

   Add lines 28 through 32. Copy the total to line 85.

   $ _____

34. **Is the debtor a member of an agricultural cooperative?**

   ☐ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☐ No

   ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

   ☐ No

   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☒ No. Go to Part 8.

   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

   Add lines 39 through 42. Copy the total to line 86.

   $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

   ☐ No

   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor    Innovate Labs LLC
_____
Name

Case number *(if known)* _____

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☒ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
| --- | --- | --- | --- |
| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
| --- | --- | --- | --- |
| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| | | | |
| --- | --- | --- | --- |
| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| _____ | $ _____ | _____ | $ _____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

---

Debtor    Innovate Labs LLC
_____
             Name

Case number (if known) _____

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Copyrights to code repositories | $ _____ | Cost-based | $  1,088,247.92 |
| 61. **Internet domain names and websites** getlantern.org; getlantern.com; getlantern.org; firetweet.io; lantern.network; natty.io | $ _____ | Market-based | $   1,583.33 |
| 62. **Licenses, franchises, and royalties** | $ _____ | | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | | _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | | $ _____ |
| 65. **Goodwill** | $ _____ | | $ _____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$  1,089,831.25

---

Debtor  Innovate Labs LLC
      Name

Case number *(if known)* _____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)
_____  −  _____  = ➔  $ _____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)
CA Tax Return Refund        Tax year  2023  $  800
_____    Tax year _____  $ _____
_____    Tax year _____  $ _____

73. **Interests in insurance policies or annuities**
$ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
$ _____
Nature of claim    _____
Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
$ _____
Nature of claim    _____
Amount requested    $ _____

76. **Trusts, equitable or future interests in property**
$ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
$ _____
$ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90
$ _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    Innovate Labs LLC                                    Case number *(if known)* _____
          Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 151,113.06 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 6,747.02 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 27,785.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 1,089,831.25 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 800 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 1,276,277.32 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... $ 1,276,277.32

**ADDENDUM A**

Line 4.1: The USD associated with the cryptocurrency can vary pursuant to the cryptocurrency exchange rate

Line 11:    Included in the $61,283.05 is cryptocurrency. The USD associated with the cryptocurrency can vary pursuant to the cryptocurrency exchange rate.

**Fill in this information to identify the case:**

Debtor name __Innovate Labs LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____    $ _____

Creditor's mailing address _____

_____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

_____

**2.2** Creditor's name _____

Describe debtor's property that is subject to a lien _____

$ _____    $ _____

Creditor's mailing address _____

_____

Describe the lien _____

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ _____

page 1 of 1

**Fill in this information to identify the case:**

Debtor    Innovate Labs LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                                       (State)

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

                                                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

Colorado Dept of Labor and Employment
633 17th Street, Suite 201
Denver, CO 80202-3660

Date or dates debt was incurred
9/30/2024

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $   75.00     $   75.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CO PFML Taxes

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

Colorado Dept of Labor and Employment
633 17th Street, Suite 201
Denver, CO 80202-3660

Date or dates debt was incurred
9/30/2024

Last 4 digits of account
number   7 8 7 5

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $   349.76     $   349.76
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CO UI Tax

Is the claim subject to offset?
☒ No
☐ Yes

**2.3**   Priority creditor's name and mailing address

Colorado Dept of Revenue
PO Box 17087
Denver, CO 80217-0087

Date or dates debt was incurred
9/30/2024

Last 4 digits of account
number   2 4 2 9

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is: $   688.00     $   688.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CO Income Tax

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Innovate Labs LLC
_____
Name

Case number *(if known)* _____

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address                          $ 462.00        $ 462.00

Internal Revenue Services
Centralized Insolvency Operation Post
Office, PO Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
9/30/2024

Basis for the claim:
Federal UI Taxes

Last 4 digits of account
number    6  8  5  7

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

**2.5** Priority creditor's name and mailing address                          $ 95.84        $ 95.84

Massachusetts Department of Family and
Medical Leave
One Ashburton Place, Suite 2112
Boston, MA 02108

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
9/30/2024

Basis for the claim:
MA PFML Taxes

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

**2.6** Priority creditor's name and mailing address                          $ 979.16        $ 979.16

Massachusetts Dept of Revenue
Bakruptcy Unit, PO Box 7090
Boston, MA 02204-7090

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
9/30/2024

Basis for the claim:
MA Income Tax

Last 4 digits of account
number    5  8  8  2

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

---

**2.7** Priority creditor's name and mailing address                          $ 19.05        $ 19.05

New Jersey Division of Taxation
3 John Fitch Way, 5th Floor, PO Box 245
Trenton, NJ 08695-0245

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
9/30/2024

Basis for the claim:
NJ Quarterly Taxes

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (8)

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Innovate Labs LLC
_____
           Name

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.8** Priority creditor's name and mailing address

New York State Department of Taxation and Finance
Harriman Campus Road
Albany, NY 12227

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$   33.15          $   33.15

Date or dates debt was incurred
8/31/2024

Basis for the claim:
NY Income Taxes

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.9** Priority creditor's name and mailing address

Oregon Employment Department
875 Union Street NE
Salem, OR 97311

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$   240.00          $   240.00

Date or dates debt was incurred
9/30/2024

Basis for the claim:
OR PFML Taxes

Last 4 digits of account
number   9  7  5  1

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.10** Priority creditor's name and mailing address

Oregon Department of Revenue
955 Center Street NE
Salem, OR 97301-2555

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$   13.92          $   13.92

Date or dates debt was incurred
9/30/2024

Basis for the claim:
OR ER Taxes

Last 4 digits of account
number   9  7  5  1

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.11** Priority creditor's name and mailing address

Texas Workforce Commission
101 E 15th Street
Austin, TX 78778

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

$   22.50          $   22.50

Date or dates debt was incurred
9/30/2024

Basis for the claim:
UI Taxes

Last 4 digits of account
number   2  6  4  3

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Innovate Labs LLC**
<u>Name</u>

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**2.12** Priority creditor's name and mailing address

Wyoming Department of Workforce Services
PO Box 2760
Casper, WY 82602

As of the petition filing date, the claim is:    $    648.37        $    648.37
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
6/30/2024

Basis for the claim:
UI Taxes

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.13** Priority creditor's name and mailing address

Wyoming Department of Workforce Services
PO Box 2760
Casper, WY 82602

As of the petition filing date, the claim is:    $    864.50        $    864.50
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
9/30/2024

Basis for the claim:
UI Taxes

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.14** Priority creditor's name and mailing address

As of the petition filing date, the claim is:    $
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.15** Priority creditor's name and mailing address

$

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account
number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Innovate Labs LLC
_____
          Name

Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Adam Fisk
█████████████████████████
█████████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 121,990.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Carson Fisk-Vittori
█████████████████████████
█████████████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 1,525.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Derek Frech
█████████████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 9,149.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Exquisite Visions, Inc.
16192 Coastal Highway
Lewes, DE 19958

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 443.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
Harry Harpham
█████████████████████████
█████████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 762.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
Helen Hood
█████████████████████████
█████████████████

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: 2023 Tax Distribution

$ 508.00

**Date or dates debt was incurred**    8/29/2024
**Last 4 digits of account number**    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Innovate Labs LLC | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Jenna Jerrine Mejia

As of the petition filing date, the claim is: **$ 452.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: 2023 Tax Distribution

Date or dates debt was incurred: 8/29/2024
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.8** Nonpriority creditor's name and mailing address

Luke Tucker

As of the petition filing date, the claim is: **$ 244.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: 2023 Tax Distribution

Date or dates debt was incurred: 8/29/2024
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.9** Nonpriority creditor's name and mailing address

Niall Donnelly

As of the petition filing date, the claim is: **$ 121,990.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: 2023 Tax Distribution

Date or dates debt was incurred: 8/29/2024
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.10** Nonpriority creditor's name and mailing address

Niall Donnelly

As of the petition filing date, the claim is: **$ UNDETERMINED**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Basis for the claim: Litigation

Date or dates debt was incurred: _____
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.11** Nonpriority creditor's name and mailing address

Noah Levenson

As of the petition filing date, the claim is: **$ 191.00**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: 2023 Tax Distribution

Date or dates debt was incurred: 8/29/2024
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Innovate Labs LLC | Case number (if known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Percy Wegmann

██████████████

██████████

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: 2023 Tax Distribution

Date or dates debt was incurred    8/29/2024

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$    7,283.00

---

**3.** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$

---

**3.** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$

---

**3.** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- [ ] No
- [ ] Yes

$

---

**3.** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

$

---

Debtor    **Innovate Labs LLC**
_____
Name

Case number *(if known)* _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.2.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.3.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.4.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **41.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.5.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.6** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.7.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.8.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.9.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.10.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| **4.11.** _____ _____ _____ | Line_____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Innovate Labs LLC
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 4,510.30 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ UNDETERMINED |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c | $ UNDETERMINED |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name  Innovate Labs LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____  Chapter  7

☐ Check if this is an amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Ahua Chen ▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Allan Guwatudde ▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Amirhossein Arabzadeh ▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Break Free Software LLC 2620 Regatta Drive Suite 102 Las Vegas, NV 89128 |
| | State the term remaining | Indefinitely | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Dmitry Nikitenko ▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | |
| | List the contract number of any government contract | | |

page 1 of 3

Debtor    Innovate Labs LLC
_____
Name

Case number (if known) _____

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Exquisite Visions Inc.
16192 Coastal Highway
Lewes, DE 19958

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Fumakiya Jigar Vipulbhai
██████████████

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Igor Valentovitch
██████████████

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Kiran Kuumar Mohanty
██████████████

**2.10**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Khoo Chiap Yang
██████████████

**2.11**

State what the contract or lease is for and the nature of the debtor's interest: IndefinitelyConsulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Pamela Woods
██████████████

**2.12**

State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Indefinitely

List the contract number of any government contract:

Tzu Ming Huang
██████████████

| Debtor | Innovate Labs LLC | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Wendel Castro ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | ▮▮▮▮▮▮▮▮▮▮▮ |
| | List the contract number of any government contract | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | Woody Shortridge ▮▮▮▮▮▮▮▮ |
| | State the term remaining | Indefinitely | ▮▮▮▮▮▮▮▮▮ |
| | List the contract number of any government contract | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2._** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2._** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2._** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2._** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases

**Fill in this information to identify the case:**

Debtor name  Innovate Labs LLC

United States Bankruptcy Court for the: _____  District of  Delaware
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | _____ <br> Street <br> _____ <br> City   State   ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

page 1 of 1

**Fill in this information to identify the case:**

Debtor name __Innovate Labs LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

<u>Official Form 207</u>

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 1/1/2024 <br>MM / DD / YYYY to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 1,000,000.00 |
| **For prior year:** From 1/1/2023 <br>MM / DD / YYYY to 12/31/23 <br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 2,700,000.00 |
| **For the year before that:** From 1/1/2022 <br>MM / DD / YYYY to 12/31/22 <br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other _____ | $ 6,000,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From _____ <br>MM / DD / YYYY to Filing date | _____ | $ _____ |
| **For prior year:** From _____ <br>MM / DD / YYYY to _____ <br>MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** From _____ <br>MM / DD / YYYY to _____ <br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | Innovate Labs LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | AAFCPAs Inc. <br> *Creditor's name* <br> 50 Washington Street <br> *Street* <br> Westborough    MA    01581 <br> *City          State      ZIP Code* | 7/15/2024 <br><br> 8/20/2024 <br><br> 9/16/2024 | $ 9,634.50 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.2. | Allan Guwatudde <br> *Creditor's name* <br> ██████████ <br> *Street* <br> ███████████ II <br> ██████████ <br> *City          State      ZIP Code* | 7/10/2024 <br><br> 8/9/2024 <br><br> 9/10/2024 | $ 14,035.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.3. | BMP LLP <br> *Creditor's name* <br> One California Street <br> *Street* <br> Suite 2500 <br> San Francisco    CA    94111 <br> *City          State      ZIP Code* | 7/11/2024 <br><br> 8/9/2024 <br><br> 9/10/2024 | $ 8,820.82 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.4. | Break Free Software, LLC <br> *Creditor's name* <br> 2620 Regatta Drive <br> *Street* <br> Suite 102 <br> Las Vegas    NV    89128 <br> *City          State      ZIP Code* | 8/9/2024 <br><br> 9/10/2024 <br><br> 9/27/2024 | $ 10,890.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.5. | BTP, LLC <br> *Creditor's name* <br> 51 Pleasant Street <br> *Street* <br> Unit 262 <br> Malden    MA    02148 <br> *City          State      ZIP Code* | 9/10/2024 <br><br> _____ <br><br> _____ | $ 14,500.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.6. | Deel, Inc. <br> *Creditor's name* <br> 650 2nd Street <br> *Street* <br> San Francisco    CA    94107 <br> *City          State      ZIP Code* | 8/2/2024 <br><br> _____ | $ 17,150.63 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services <br> ☐ Other _____ |
| 3.7. | Derek Frech <br> *Creditor's name* <br> ██████████ <br> *Street* | 7/1/2024- <br> 8/30/2024 | $ 19,750.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☒ Services |

☒ Other __Reimbursements__

| Debtor | Innovate Labs LLC | Case number (if known) |
|---|---|---|
| | Name | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | Foundation Law Group LLP<br>Creditor's name<br>4100 W Alameda Ave<br>Street<br>3rd Floor<br>Burbank    CA    91505<br>City    State    ZIP Code | 7/11/2024 -<br>10/7/2024 | $ 13,620.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.9. | Fumakiya Jigar Vipulbhai<br>Creditor's name<br>▮▮▮▮▮▮<br>Street<br>▮▮▮▮▮▮<br>City    State    ZIP Code | 7/10/2024-<br>9/27/2024 | $ 11,096.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.10. | Harry Harpham<br>Creditor's name<br>▮▮▮▮▮▮<br>Street<br>▮▮▮▮▮▮<br>City    State    ZIP Code | 7/11/2024<br>8/15/2024<br>8/30/2024 | $ 19,374.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.11. | Oracle<br>Creditor's name<br>500 Oracle Parkway<br>Street<br><br>Redwood Shores  CA    94065<br>City    State    ZIP Code | 7/26/2024<br>8/26/2024<br>8/29/2024 | $ 41,400.42 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.12. | Thompson Hine LLP<br>Creditor's name<br>10050 Innovate Drive<br>Street<br>Suite 400<br>Dayton    OH    45342<br>City    State    ZIP Code | 7/26/2024<br>9/16/2024 | $ 49,368.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other _____ |
| 3.13. | UnitedHealthcare<br>Creditor's name<br>PO Box 94017<br>Street<br><br>Palatine    IL    60094<br>City    State    ZIP Code | 7/15/2024-<br>8/16/2024 | $ 37,457.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other __Insurance__ |
| 3.14. | Creditor's name<br>Street<br>City    State    ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    Innovate Labs LLC
_____
Name

Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.15. | | | |
| Creditor's name _____ | _____ | $ _____ | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| Street _____ | _____ | | ☐ Suppliers or vendors |
| _____ | _____ | | ☐ Services |
| | | | ☐ Other _____ |
| City            State       ZIP Code | _____ | | |
| 3.16. | | | |
| Creditor's name _____ | _____ | $ _____ | |
| | | | ☐ Secured debt |
| Street _____ | _____ | | ☐ Unsecured loan repayments |
| | | | ☐ Suppliers or vendors |
| _____ | | | ☐ Services |
| | | | ☐ Other _____ |
| City            State       ZIP Code | _____ | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | | |
| Insider's name _____ | _____ | $ _____ | _____ |
| | | | _____ |
| Street _____ | _____ | | _____ |
| _____ | _____ | | |
| City            State       ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| 4.2. | | | |
| Insider's name _____ | _____ | $ _____ | _____ |
| | | | _____ |
| Street _____ | _____ | | _____ |
| _____ | _____ | | |
| City            State       ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

Debtor    **Innovate Labs LLC**
_____
Name

Case number *(if known)* _____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | _____ <br> _____ <br> _____ | _____ | $ _____ |
| 5.2. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | _____ <br> _____ <br> _____ | _____ | $ _____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | _____ <br> _____ <br> Last 4 digits of account number: XXXX– _ _ _ _ | _____ | $ _____ |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Niall Donnelly v. Innovate Labs, LLC, et al. <br><br> **Case number** <br><br> 24STCV10323 | Breach of contract; Breach of fiduciary duty | Superior Court of California <br> Name <br> Hon. Cherol J. Nellon <br> Street <br> 111 North Hill Street <br> Los Angeles    CA    90012 <br> City          State      ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Case title** <br> _____ <br><br> **Case number** <br> _____ | _____ | **Court or agency's name and address** <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

Debtor    __Innovate Labs LLC_____    Case number *(if known)*_____
              Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | $ |
| Street | Case title | Court name and address |
| City          State     ZIP Code | Case number | Name |
| | | Street |
| | Date of order or assignment | City          State          ZIP Code |

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. | | | $ |
| Recipient's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | | $ |

Debtor  Innovate Labs LLC
     Name

Case number *(if known)* _____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Pashman Stein Walder Hayden, P.C. | | 8/21/2024 | $ 40,000.00 |
| **Address** | | | |
| 824 N. Market Street<br>Street | | | |
| Suite 800 | | | |
| Wilmington        DE        19801<br>City        State        ZIP Code | | | |
| **Email or website address**<br>jbarsalona@pashmanstein.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. | | | $ _____ |
| **Address** | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ _____ |
| **Trustee** | | | |

Debtor   Innovate Labs LLC
_____
Name

Case number (if known) _____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State       ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 440 N Barranca Ave<br>Street<br>Covina          CA      91723<br>City          State       ZIP Code | From  Jan 2023   To  June 2024 |
| 14.2. | 556 S Fair Oaks Ave<br>Street<br>Pasadena          CA      90015<br>City          State       ZIP Code | From  Jan 2022   To  Jan 2023 |
| 14.3. | 3615 Tacoma Ave<br>Street<br>Los Angeles          CA      90065<br>City          State       ZIP Code | From 2015   To Jan 2022 |

---

Debtor    Innovate Labs LLC
_____        Case number (if known) _____
                    Name

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City    State    ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| _____<br>City    State    ZIP Code | _____ | Check all that apply:<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. Email addresses _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Innovate Labs 401(K) Plan | EIN: 4 7 - 4 6 0 6 8 5 7 |

    Has the plan been terminated?

    ☒ No

    ☐ Yes

---

Debtor    Innovate Labs LLC
_____    Case number (if known) _____
Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *See* **Exhibit 1** <br> Name <br><br> Street <br><br> City    State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |
| 18.2. | Name <br><br> Street <br><br> City    State    ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | _____ | $ _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City    State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name <br><br> Street <br><br> City    State    ZIP Code | _____ <br> _____ <br><br> **Address** <br> _____ | _____ <br> _____ | ☐ No <br> ☐ Yes |

Debtor    Innovate Labs LLC
_____    Case number *(if known)* _____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    Innovate Labs LLC
_____    Case number *(if known)*_____
                 Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City            State        ZIP Code | City            State        ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | From _____   To _____ |
| City            State        ZIP Code | | |
| 25.2. | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | From _____   To _____ |
| City            State        ZIP Code | | |
| 25.3. | | EIN: __ __ - __ __ __ __ __ __ __ |
| Name | | Dates business existed |
| Street | | From _____   To _____ |
| City            State        ZIP Code | | |

---

Debtor    Innovate Labs LLC
_____
         Name

Case number (*if known*) _____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | |
| *See Exhibit 2* | From          To |
| Name | |
| Street | |
| | |
| City                State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. | |
| Name | From          To |
| Street | |
| | |
| City                State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | |
| BPM LLP | From 1/2022    To 8/30/2024 |
| Name | |
| One California Street | |
| Street | |
| Suite 2500 | |
| San Francisco        CA          94111 | |
| City                State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. | |
| Blockchain Tax Partners [BTP LLC] | From 2/2023    To present |
| Name | |
| 51 Pleasant Street | |
| Street | |
| #262 | |
| Malden            MA          02148 | |
| City                State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| AAFCPAs Inc | |
| Name | |
| 50 Washington St | |
| Street | |
| | |
| Westborough        MA          01581 | |
| City                State          ZIP Code | |

---

Debtor    Innovate Labs LLC
          _____    Case number *(if known)* _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.  Mary Hayes CPA
        _____    _____
        Name
        64 Mountain Road
        _____    _____
        Street

        Berwick                          ME          03908
        _____    _____
        City                             State       ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

26d.1.  _____
        Name

        _____
        Street

        _____

        _____
        City                    State        ZIP Code

| Name and address |
|---|

26d.2.  _____
        Name

        _____
        Street

        _____

        _____
        City                    State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.   _____
        Name

        _____
        Street

        _____
        City                    State        ZIP Code

Debtor   **Innovate Labs LLC**
_____   Case number (if known) _____
Name

| Name of the person who supervised the taking of the inventory | | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| _____ | | | $ _____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | Name _____ |
| | Street _____ |
| | _____ |
| | City _____ State _____ ZIP Code _____ |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Fisk | ███████████████ | Co-Founder & CEO | 47.67% |
| Niall Donnelly | ███████████████ | Member | 47.67% |
| Derek Frech | ███████████████ | Member | 3.57% |
| Harry Harpham | ███████████████ | Member | 0.3% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jenna Mejia | ███████████████ | Officer & Member | From 2021 To 2023 |
| Luke Tucker | ███████████████ | Member | From 2018 To 2023 |
| Noah Levenson | ███████████████ | Member | From 2022 To 2024 |
| Oneshin Aiken | ███████████████ | Director | From 2023 To 2024 |
| Percy Wegmann | ███████████████ | Member | From 2016 To 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Adam Fisk | $240,500.00 | 10/17/2023 - 8/30/2024 | Guaranteed Paymennt |
| | Name ████████████ | | | |
| | Street | | | |
| | ██████ ██ ██ | | | |
| | City     State   ZIP Code | | | |
| | Relationship to debtor | | | |
| | CEO and Director | | | |

Debtor   Innovate Labs LLC
_____
Name

Case number (if known) _____

| Name and address of recipient | | | | |
|---|---|---|---|---|
| 30.2. | | | | |
| Name | | | | |
| Street | | | | |
| City    State    ZIP Code | | | | |
| Relationship to debtor | | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Guideline, Inc. | EIN: 4 7 - 4 6 0 6 8 5 7 |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/08/2024
               MM / DD / YYYY

✖ /s/ Adam Fisk
_____
Signature of individual signing on behalf of the debtor

Printed name   Adam Fisk

Position or relationship to debtor   CEO and Director

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes

**<u>Exhibit 1</u>**

| Financial Institution | Address | Last 4 digits of account | Type of Account | Date account was closed | Last balance before closing |
|---|---|---|---|---|---|
| Merrill Lynch | Private Wealth Advisor - CKWM Group, 110 N Wacker Drive 19th Floor, Chicago, IL 60606 | 6792 | Investment | 08.16.24 | 0 |
| Bluevine Inc | 401 Warren St, Suite 300, Redwood City, CA 94063 | 1142 | Checking | 09.05.24 - Approx | 0 |
| Bluevine Inc | 402 Warren St, Suite 300, Redwood City, CA 94063 | 8302 | Checking | 09.05.24 - Approx | 0 |
| Bluevine Inc. | 403 Warren St, Suite 300, Redwood City, CA 94063 | 9832 | Checking | 09.05.24 - Approx | 0 |
| Bluevine Inc. | 404 Warren St, Suite 300, Redwood City, CA 94063 | 8706 | Checking | 09.05.24 - Approx | 0 |
| Bluevine Inc. | 405 Warren St, Suite 300, Redwood City, CA 94063 | 6274 | Checking | 09.05.24 - Approx | 0 |
| Bluevine Inc. | 405 Warren St, Suite 300, Redwood City, CA 94063 | 3422 | Checking | 09.05.24 - Approx | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.12.24 | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.12.24 | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.12.24 | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.23.24 | 0 |
| First Intetnet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.12.24 | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.23.24 | 0 |
| First Interent Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | | Checking | 09.12.24 | 0 |
| First Internet Bank of Indiana | 8701 East 116th Street, Fishers, IN 46038 | 9459 | Checking | 09.12.24 | 0 |
| | | | | | |

**Exhibit 2**

| Name | Address | Date of Service (from and to) |
|---|---|---|
| AAFCPAs Inc | 50 Washington St, Westborough, MA 01581 | March 2023 - present |
| BPM LLP | Once California Street,Suite 2500, San Francisco, CA 94111 | Jan 2022 - Aug 30, 2024 |
| Blockchain Tax Partners [BTP LLC] | 51 Pleasant Street #262, Malden, MA 02148 | Feb 2023 - present |
| Mary Hayes CPA | 64 Mountain Road, South Berwick, ME 03908 | July 2015 - Dec 2023 |
|  |  |  |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Innovate Labs LLC, | Case No. 24-_____ (__) |
| Debtor.[1] | |

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: October 8, 2024

/s/ Adam Fisk_____
Adam Fisk
Title: Chief Executive Officer

---

[1]    The last four digits of the Debtor's federal tax identification number are 6857.  The Debtor's mailing 4845 Pearl East Circle, Suite 118, PBM 318052, Boulder, CO 80301.

Adam Fisk


Ahua Chen


Allan Guwatudde


Amirhossein Arabzadeh


Break Free Software, LLC
2620 Regatta Drive, Suite 102
Las Vegas, NV 89128

Carson Fisk-Vittori


Colorado Dept of Labor & Employment
633 17th Street, Suite 201
Denver, CO 80202-3660

Colorado Dept of Revenue
PO Box 17087
Denver, CO 80261-0087

Derek Frech


Dmitry Nikitenko


Exquisite Visions Inc.
16192 Coastal Highway
Lewes, DE 19958

Fumakiya Jigar Vipulbhai



Harry Harpham

Helen Hood

Igor Valentovitch

Internal Revenue Services
Centralized Insolvency Operation Post Office
PO Box 7346
Philadelphia, PA 19101-7346

Jenna Jerrine Mejia

Khoo Chiap Yang

Kiran Kuumar Mohanty

Luke Tucker

Massachusetts Department of Family and
Medical Leave
One Ashburton Place, Suite 2112
Boston, MA 02108

Massachusetts Dept of Revenue
Bankruptcy Unit, PO Box 7090
Boston, MA 02204-7090

McCune Law Group, APC

18565 Jamboree Road, Ste. 550
Irvine, CA 92612

Niall Donnelly


NJ Dept of Revenue
NJ Division of Taxation
3 John Fitch Way, 5th Floor,
PO Box 245
Trenton, NJ 08695-0245

Noah Levenson


New York State Dept of Taxation and Finance
Harriman Campus Road
Albany, NY 12227

Oneshin Aiken


Oregon Department of Paid Family Medical
Leave
Oregon Employment Dept
875 Union Street NE
Salem, OR 97311

Oregon Dept of Revenue
955 Center Street NE,
Salem, OR 97301-2555

Pamela Woods


Percy Wegmann


Superior Court of CA
Hon. Cherol J. Nellon
111 North Hill Street

Los Angeles, CA 90012

Texas Workforce Commission
101 E 15th Street,
Austin, TX 78778

Tzu Ming Huang



Wendel Castro



Woody Shortridge



Wyoming Department of Workforce Services
PO Box 2760
Casper, WY 82602

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Innovate Labs LLC, | Case No. 24-_____ (__) |
| Debtor.[1] | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Pashman Stein Walder Hayden, PC ("Pashman") is counsel for the above-captioned debtor (the "Debtor") and that compensation paid to Pashman within one year before the filing of the petition in bankruptcy, or agreed to be paid to Pashman, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, Pashman has agreed to accept | $40,000.00 |
| Prior to the filing of this statement Pashman has received | $40,000.00 |
| Balance Due | $0.00 |

2.      The source of the Chapter 7 Payment to Pashman was the Debtor.

3.      Pashman has not agreed to share the above-captioned disclosed compensation with any other person unless they are a partner, counsel, or associate of Pashman.

4.      In return for the above-disclosed fee, Pashman has agreed to pay the filing fees required to commence this bankruptcy case and has further agreed to render legal services relating to this bankruptcy case, including:

---

[1]      The last four digits of the Debtor's federal tax identification number are 6857.  The Debtor's mailing 4845 Pearl East Circle, Suite 118, PBM 318052, Boulder, CO 80301.

1

a.    Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file the bankruptcy petition;

b.    Preparation and filing of the voluntary petition in bankruptcy and certain other documents that may be required; and

c.    Representation of the Debtor at the meeting of creditors, and any adjourned hearing thereof.

## <u>CERTIFICATION</u>

I hereby certify that the foregoing is a complete statement of any agreement or agreement for payment to Pashman for representation of the Debtor in this bankruptcy proceeding.

Dated: October 8, 2024
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
Alexis R. Gambale (No. 7150)
824 N. Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
       agambale@pashmanstein.com

*Counsel to the Debtor*